No. A-CV-34-83

COURT OF APPEALS OF THE NAVAJO NATION

December 7, 1983

In Re Appointment of:
Frank BROWN

The Office of the Prosecutor, Chief Prosecutor Larry Kee Yazzie hereby petitions the Court for appointment of Frank Brown as a process server.

O R D E R

Being fully advised in the premises:
IT IS ORDERED that Frank Brown is appointed as a process server.